**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jareer Tabari, | No. CV-10-2419-PHX-DGC |
| Petitioner, | **ORDER** |
| vs. | |
| Katrina S. Kane, Field Officer Director, Detention and Removal Operations, Florence Detention Center, | |
| Respondent. | |

On March 1, 2011, Petitioner filed a motion for the entry of default and an order to show cause on the ground that the response to his habeas petition was filed four hours late. Doc. 17. Magistrate Judge Anderson has issued a report and recommendation ("R&R") that the motion be denied. Doc. 28. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the motion.

**IT IS ORDERED:**

1. The Magistrate Judge's R&R (Doc. 28) is **accepted**.

2. The motion for entry of default and for order to show cause (Doc. 17) is **denied**.

Dated this 27th day of June, 2011.

_____
David G. Campbell
United States District Judge